UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

TRUSTEES OF THE NORTH ATLANTIC STATES
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, AND LABOR MANAGEMENT
COOPERATION FUNDS,

For Online Publication Only

Petitioners,

-against-

GREEN WOOD PRODUCTS, INC. a/k/a
GREENWOOD PRODUCTS INC.,

Respondent.

----------------------------------------------------------------------X

**ORDER**

24-CV-3703 (JMA) (LGD)

**FILED
CLERK**

9/10/2025 3:29 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

Before the Court is the unopposed motion of Petitioners Trustees of the North Atlantic

States Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation

Funds to confirm and enforce an arbitration award issued against Respondent Green Wood

Products, Inc. ("Respondent") on January 31, 2024 (the "Arbitration Award").  (Petition ("Pet."),

ECF No. 1.)  The Arbitration Award directs Respondent to pay Petitioners the sum of $13,627.95,

consisting of:

  • delinquent contributions of $4,075.20;

  • interest of $615.86;

  • liquidated damages of $815.04;

  • auditing fees of $6,371.85;

  • attorneys' fees of $950; and

  • the arbitrator's fee of $800.

(Pet., ECF No. 1, Ex. F.)

Respondent was served with the summons and Petition by service upon the New York State Secretary of State on May 24, 2024, (see ECF No. 8), and was additionally served as a courtesy via e-mail and certified mail on May 28, 2024.  (See ECF No. 9).  Respondent has not responded to the Petition.

Petitioners now ask the Court to: (1) confirm the Arbitration Award; (2) award Petitioners the balance of $13,627.95 pursuant to the Arbitration Award; and (3) award petitioners $826.50 in attorneys' fees and costs.  (Pet. at 7.)  Because Respondent has not answered the Petition, the Court treats the Petition as an unopposed motion for summary judgment.  See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the Petition, and its supporting documents, the Court grants Petitioners summary judgment and confirms the Arbitration Award as to the balance of $13,627.95.  Further, the Court awards Petitioners attorneys' fees and costs totaling $826.50.  In addition, Petitioners are awarded post-judgment interest.  Post-judgment interest should be calculated at the rate provided by 25 U.S.C. § 1961(a) from the date final judgment is entered until the date the judgment is paid.

**SO ORDERED.**

Dated:    September 10, 2025
            Central Islip, New York

                                          /s/    (JMA)
                                          JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE